OPINION — AG — A BOARD OF EDUCATION MAY NOT LAWFULLY PURCHASE NATURAL GAS FROM A GAS COMPANY WHOSE PRESIDENT AND PRINCIPAL STOCKHOLDER IS A MEMBER OF THE BOARD OF EDUCATION. (CONFLICT OF INTEREST) CITE: 70 O.S. 1971, 5-124 [70-5-124], OPINION NO. 77-167, OPINION NO. 74-259, OPINION NO. 74-181, OPINION NO. 73-234, OPINION NO. 72-180, OPINION NO. 69-263 (SCHOOLS) (TIMOTHY FRETS)